UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

In re:
TRACEY L. ALBERINO

   Debtor(s).

Case No. 22-30602-AMN

(CHAPTER 13)

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: April 12, 2024

/s/ Roberta Napolitano, Trustee
Roberta Napolitano, Trustee
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Email: rnapolitano@ch13rn.com
Federal Bar No.: tr08378

FILED 2024 APR 16 P 2:55 CLERK, U.S. BANKRUPTCY COURT DISTRICT OF CONNECTICUT NEW HAVEN DIVISION

# EXHIBIT A

Case Name: TRACEY L. ALBERINO
Case Number: 2230602

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| TRACEY L. ALBERINO<br>1444 QUINNIPIAC AVENUE<br>NEW HAVEN, CT 06513 | 899 | | | $11,917.68 |